# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**RIC-MAN CONSTRUCTION, INC.,**
**a Michigan corporation,**
**MANCINI ENTERPRISES, LLC,**
**a Michigan limited liability company,**
**CRSM 7800 LLC.**
**a Michigan limited liability company,**
**STEVEN MANCINI,**
**a Michigan resident,**

       **Plaintiffs**

**v.**                              **Case No. 2:25-cv-11774**
                                      **Hon. Mark A. Goldsmith**

**RICHARD MANCINI CONSTRUCTION, INC.,**
**a Florida corporation,**
**RICHARD MANCINI**
**a Florida resident**

       **Defendants**

---

## STIPULATED ORDER WITHDRAWING MOTION TO DISMISS/STAY [ECF No. 9] AND ALLOWING DEFENDANTS 28 DAYS TO FILE THEIR ANSWER, OTHER RESPONSIVE PLEADING, AND COUNTERCLAIM

This matter having come before the Court upon the stipulation of the parties,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss or Stay [ECF No. 9] is withdrawn by mutual agreement of the parties.

IT IS FURTHER ORDERED that Defendants shall have 28 days from the entry of this Order to file an Answer, other responsive pleading, and/or a Counterclaim.

**IT IS SO ORDERED.**

Dated: March 24, 2026                                    s/Mark A. Goldsmith
Detroit, Michigan                                        MARK A. GOLDSMITH
                                                         United States District Judge


Stipulated as to form and content.
Notice of entry waived.

*/s/ Don W. Blevins, III*                    */s/ Harvey R Weingarden*
Don W. Blevins, III (P81773)                 Harvey R. Weingarden (P31534)
Blevins Sanborn Jezdimir Zack PLC            Weingarden Law, PLLC
Attorneys for Plaintiffs                     Co-Counsel for Defendants
300 Park Street, Ste 285                     370 E Maple Road, Third Floor
Birmingham, MI 48009                         Birmingham, MI 48009
313-338-9500                                 248-723-1650
dwblevins@bsjzlaw.com                        hweingardenlaw@gmail.com

                                             */s/ Brian D. O'Keefe*
                                             */s/ Alexander E. Blum*
                                             Brian D. O'Keefe (P39603)
                                             Alexander E. Blum (P74070)
                                             Lippitt O'Keefe, PLLC
                                             Co-Counsel for Defendants
                                             370 E. Maple Road, Third Floor
                                             Birmingham, MI 48009
                                             248-646-8292
                                             bokeefe@lippittokeefe.com
                                             ablum@lippittokeefe.com