UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RIC-MAN CONSTRUCTION, INC.,
and STEVEN MANCINI,
Plaintiffs/Counter-Defendants,

v.

RICHARD MANCINI
CONSTRUCTION, INC. and
RICHARD MANCINI,
Defendants/Counter-Plaintiffs.

v.

LISA MANCINI,
Counter-Defendant.

Case No. 25-cv-11774
Hon. Mark A. Goldsmith
Magistrate Judge Kimberly G. Altman

_____/

**STIPULATED ORDER FOR DISMISSAL OF
COUNT V FOR SILENT FRAUD OF DEFENDANTS'
<u>FIRST AMENDED COUNTERCLAIM</u>**

This matter having come before the Court on the stipulation of the parties, by their undersigned counsel, and the Court being fully advised, it is hereby ORDERED that Count V for silent fraud in the First Amended Counterclaim is hereby dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 15, 2026                          s/Mark A. Goldsmith
Detroit, Michigan                             MARK A. GOLDSMITH
                                              United States District Judge


STIPULATED AND AGREED:


LIPPITT O'KEEFE PLLC                 KIENBAUM HARDY VIVIANO
*Attorneys for Defendants/*           PELTON & FORREST, P.L.C.
    *Counter-Plaintiffs*          *Attorneys for Plaintiffs/Counter-*
                                      *Defendants*

/s/ Alexander E. Blum
Alexander E. Blum (P74070)           /s/ Joseph E. Viviano
370 E. Maple Rd., Third Floor        Joseph E. Viviano (P60378)
Birmingham, MI 48009                 280 N. Old Woodward Ave., Ste. 400
248-646-8292                         Birmingham, MI 48009
ablum@lippittokeefe.com              (248) 645-0000
                                     dporter@khvpf.com

4935-3095-3915, v. 1