**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RIC-MAN CONSTRUCTION, INC., a Michigan corporation, MANCINI ENTERPRISES, LLC, a Michigan limited liability company, CRSM 7800 LLC, a Michigan Limited Liability Company, and STEVEN MANCINI, a Michigan resident,

Plaintiffs/Counter-Defendants,

Case No. 25-cv-11774

Hon. Mark A. Goldsmith
Magistrate Judge Kimberly G. Altman

v.

RICHARD MANCINI CONSTRUCTION, INC., a Florida Corporation, and RICHARD MANCINI, a Florida Resident,

Defendants/Counter-Plaintiffs,

v.

LISA MANCINI, a Michigan resident,

Counter-Defendant.

---

**SUGGESTION OF DEATH**

The undersigned, Harvey R. Weingarden, co-counsel for Defendants/Counter-Plaintiffs Richard Mancini Construction, Inc., a Florida corporation, and Richard Mancini, a Florida resident, suggests

upon the record, pursuant to Rule 25(a)(1), the death of Richard Mancini on July 29, 2026, during the pendency of this action.

As of the date of this filing:

1. A death certificate has been applied for but has not been issued by Florida authorities.
2. It appears, based on information and belief, Richard Mancini died intestate.
3. It appears, based on information and belief, Richard Mancini was the only owner/shareholder of Richard Mancini Construction, Inc.

It is requested that all proceedings in this matter be held in abeyance pending the submission of requests for substitution, if any, during the 90-day period set forth in Rule 25.

8/12/26

*<u>/s/ Harvey R. Weingarden</u>*
Harvey R. Weingarden (P31534)
Co-Counsel for Defendants/Counter-Plaintiffs
Weingarden Law, PLLC
370 E Maple Road, Third Floor
Birmingham MI 48009
248-723-1650
hweingardenlaw@gmail.com